# Court of Appeals
# of the State of Georgia

ATLANTA,<u>  November 07, 2025        </u>

*The Court of Appeals hereby passes the following order:*

## A26D0162. TIMEKA S. ARMSTRONG v. RM REALTY OF SAVANNAH, LLC.

RM Realty of Savannah, LLC, filed this dispossessory action against Timeka Armstrong in magistrate court. Following an adverse judgment in magistrate court, Armstrong sought state court review. On October 6, 2025, the state court entered judgment in favor of RM Realty of Savannah. On October 26, 2025, Armstrong filed this application for discretionary review. We lack jurisdiction.

Appeals in dispossessory actions, including applications for discretionary review, must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335–36 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The instant application is untimely because it was filed 20 days after the state court's judgment. Thus, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,<u>   11/07/2025              </u>*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>                                                    </u>*, Clerk.*